UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 06-0227 (RBW) |
| SHAWNTAE ANDERSON | : | |

**D I S M I S S A L**

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned Indictment only as it pertains to defendant SHAWNTAE ANDERSON, without prejudice, and order the forthwith release and discharge of defendant SHAWNTAE ANDERSON on these charges.

                                          KENNETH L. WAINSTEIN
                                        UNITED STATES ATTORNEY
                                        Bar No. 451-058

BY:       _____
            S. ELISA POTEAT
            ASSISTANT U.S. ATTORNEY
            Bar. No. 420-604
            Organized Crime and Narcotics Trafficking Section
            555 4th Street, N.W., Room 4124
            Washington, D.C. 20530
            (202) 514-7067