UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-0227 (RBW) |
| v. | : | |
| SHAWTAE ANDERSON | : | |
| Defendant. | : | |

### ORDER

Based on the motion filed by the government requesting that the Indictment be dismissed only with respect to SHAWNTAE ANDERSON,

IT IS ORDERED that the case against defendant SHAWNTAE ANDERSON will be dismissed this the _____ day of August \_\_\_\_, 2006.

_____
HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE
 FOR THE DISTRICT OF COLUMBIA