
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Criminal No. 06-0227 (RBW) |
|---|---|---|
| v. | : | |
| SHAWTAE ANDERSON | : | |
| Defendant. | : | |

## ORDER

Based on the motion filed by the government requesting that the Indictment be dismissed only with respect to SHAWNTAE ANDERSON,

IT IS ORDERED that the case against defendant SHAWNTAE ANDERSON will be dismissed this the 14th day of August ____, 2006.

_____
HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA