UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-227-02 (RBW) |
| | : | Judge Walton |
| TROY ANTOINE HOPKINS | : | |

**DEFENDANT HOPKINS' MOTION FOR LEAVE TO JOIN AND ADOPT
MOTIONS PREVIOUSLY FILED BY CODEFENDANTS
AND IN A RELATED CASE**

Defendant Troy Antoine Hopkins, by and through undersigned counsel, respectfully submits this Motion To Join And Adopt Motions Previously Filed By Co-defendants, and by the Defendant in a related case, USA v. Dixon, 06-308 (RBW). Mr. Hopkins is charged in a 4-count indictment with a special allegation and a forfeiture allegation along with 3 remaining co-defendants, and is charged with each of the co-defendants in count one with conspiracy to distributea and possess with intent to distribute one kilogram or more of phencyclidine, in violation of 21 U.S.C. §846. To the extent that the remaining co-defendants are similarly situated *vis-a-vis* the prosecution, and to the extent that the adoption of motions in common will aid the Court in the efficient administration of justice in this complex case, Mr. Hopkins prays that this Court permit him to conform and adopt as his own the following motions which were filed by various of his co-defendants and in a related case:

**MOTIONS FILED BY DEFENDANT LAWRENCE BRYANT**

1. Motion for Bill of Particulars (Doc. 136).

2. Motion to Compel Disclosure of Promise of Immunity, Leniency or Preferential Treatment and Disclosure of Exculpatory Information  (Doc. 137).

3. Motion to Suppress electronic Surveillance Evidence and Tangible Evidence (Doc. 138)

4. Motion for Notice of Identifications and for Suppression of Identification Testimony (Doc. 139).


**MOTIONS FILED BY DEFENDANT BERNIE HARGROVE**

1. Motion for Identity of Informant (Doc. 115).

2. Motion for Discovery of Co-Defendant and Co-Conspirator Statements (Doc. 116).

3. Motion for Preliminary Determination of Conspiracy and Pretrial Ruling on Admiissibility of Co-Conspirator's Statements (Doc. 117)


**MOTIONS FILED BY DEFENDANT DAMON RASHAWN DIXON**

in related case number 2007-cr-0307 (RBW).  Although the posture of Mr. Dixon's case is somewhat different, it is related to this matter pursuant to Local Rule 57.12(c)(2)iii, this being the earlier-files prosecution.  The issues raised in the motions sought to be joined are similar in nature, if

factually distinct. To the extent that the United States has not previously responded to similar motions in its omnibus response, counsel has maintained communication with the Assistant United States Attorneys informing them of our intent to seek leave to join all previously-filed motions applicable to Mr. Hopkins' defense, including those filed by the related-case Defendant. The issues raised are not novel nor analytically complex, and the United States would not be prejudiced by the Court's granting of leave to join.

1. Motion for Release of Brady Materials, Early Production of Jencks Materials and Disclosure of Informant (Doc. 27)
2. Motion to Preclude Impeachment of Defendant (Doc. 28)
3. Motion to Preclude Admission of Co-Conspirator Statements (Doc. 31).
4. Motion to Exclude Witnesses Prior to and During the Trial of this case and to Disclose all Instances Where Witnesses were Interviewed Jointly (Doc. 32).
5. Motion to Disclose Information Regarding Contact Between Any Jailhouse Informants and Defendant (Doc. 34).
6. Motion for Notice of Government's Intention to Rely on FRE 807 (Doc. 36).
7. Motion to Permit Counsel to Question Jurors During Voir Dire (Doc. 38).

8.  Motion to Identify Witnesses With Juvenile Adjudications and Pending Juvenile Proceedings And to Inspect Juvenile Files (Doc. 39).

9.  Motion for Pre-Trial Production of Evidence Admissible to Attack the Credibility of Co-Conspirator Declarants not to be Called as Witnesses (Doc. 40).

All document reference numbers in this section are from <u>USA v. Dixon</u>, 06-cr-308 (RBW).

WHEREFORE, Defendant Troy Antoine Hopkins respectfully moves this Court to enter its Order permitting him to adopt and conform each of the above listed motions filed by his co-defendants and in a related case.

Respectfully submitted,

_____
CARY CLENNON  #366816
Counsel for Troy Antoine Hopkins
Appointed by the Court

P.O. Box 29302
Washington, DC  20017-0302
(202) 269-0969

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading was served on all parties through Electronic Case Filing this seventeenth day of September, 2007.

_____/S/_____
CARY CLENNON